SUE DUBESHTER, Doing Business as SPEED OIL SERVICE, Appellant, *v.* LIFE-LUBE OIL CORP., et al., Respondents, and LEONARD SCHOTTLANDT, Defendant.

Submitted February 24, 1943; decided April 8, 1943.

*David Kashman* for appellant.

*Mitchell Antman* and *Paul W. Hessel* for respondents.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.